IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

RECEIVED
2007 AUG 13 A 9:41
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Charles Hicks #246241
_____
Full name and prison number
of plaintiff(s)

v.

Alexander City Community
Base P.O. Drawer 160, Alexander
City, Alabama 35011
Warden Glenn Newton, et al.
_____
Name of person(s) who violated
your constitutional rights.
(List the names of all the
persons.)

CIVIL ACTION NO. 3:07-CV-726-WKW
(To be supplied by Clerk of
U.S. District Court)

I. PREVIOUS LAWSUITS
   A. Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action? YES ( )  NO (✓)

   B. Have you begun other lawsuits in state or federal court relating to your imprisonment? YES (✓)  NO ( )

   C. If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

      1. Parties to this previous lawsuit:

         Plaintiff(s) Charles Hicks #246241

         Defendant(s) Alabama Department of Corrections and The Prison Health Services in Franklin, Tenn

      2. Court (if federal court, name the district; if state court, name the county) Middle District Alabama, Montgomery County.

3. Docket number _n/a_

4. Name of judge to whom case was assigned _Judge Charles Coody, Jr._

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _Still Pending._

6. Approximate date of filing lawsuit _Oct 2006_

7. Approximate date of disposition _Oct 2006_

II. PLACE OF PRESENT CONFINEMENT _Alexander City Community Base, P.O. Drawer 160, Alexander City, Alabama 35011_

PLACE OF INSTITUTION WHERE INCIDENT OCCURRED _Alexander City Community Base, P.O. Drawer 160, Alexander City, Al 35011_

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

NAME — ADDRESS

1. _Alexander City Community Base P.O. Drawer 160, Alexander City, Al_
2. _Warden Glenn Newton, Alexander City, P.O. Drawer 160, Ale_
3. 
4. 
5. 
6. 

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED _It started on 7/24/07 until the present time 8/4/07._

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: _My Constitutional rights was violated because someone opened and read my Legal Mail and put scotch tape on the back of the envelopes before I was called to come get it. This is the 3rd time that this has been done since I been here at Alexander City Community Ba_

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

On July 24, 2007, After 6:00 pm I recieved my legal mail with Scotch tape on it from 3rd Shift officer. On 8-2-07 After 10:00 pm, I recieved my legal Mail from a 3rd Shift Sg. It had tape on the back of it, too. On 8-4-07 After 6:00 pm I recieved my mail and it had tape and it was torn up and already been opened before I got it. I am suing for money for pain and suffering and damages. And arest whoever done this.

GROUND TWO: _____

SUPPORTING FACTS: I have the letters with the tape on them too show the court. I have already showed Warden Glenn Newton the letters too. They are not suppose to open legal Mail without an inmate standing there. And to show the court how they are violating my Constitutional rights as a inmate.

GROUND THREE: Also, I have a previous Lawsuit against the Alabama Department of Corrections and Also against Lutinent Willie Copeland from Staton Correctional.

SUPPORTING FACTS: _____

3

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

To arrest whoever doing this, For my freedom. I am suing for $15 million dollars for damages and for pain and suffering.

*Charles Hicks #246241*
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on 8/5/07
(Date)

*Charles Hicks #246241*
Signature of plaintiff(s)

4

BIRMINGHAM AL 352

10 AUG 2007 PM 5 L

"THIS CORRESPONDENCE IS FORWARDED FROM AN ALABAMA STATE
... AND THE
... RESPONSIBLE FOR
THE SUBSTANCE OR CONTENT OF THE ENCLOSED COMMUNICATION."