IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
_Middle_ DIVISION

Charles Hicks #246241 )
_____ )
_____ )
_____ )
       Plaintiff(s)      )
                         )
         v.              )
                         )
Alexander City Community Jose )
P.O. Drawer, Alexander City, AL 35011, et al. )
Vaden Glenn Newton       )
_____  )
       Defendant(s)      )

RECEIVED
2007 AUG 13 A 9:45

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

3:07-CV-726-WKW

## MOTION TO PROCEED *IN FORMA PAUPERIS*

Plaintiff(s) _Charles Hicks #_____ moves this Honorable Court for an order allowing her/him to proceed in this case without prepayment of fees, costs, or security therefor, and for grounds therefor submits the attached sworn affidavit in support of the motion.

_____
Plaintiff(s) signature

4. Do you have **any** cash or checking or savings accounts?     ☐ Yes     ☐ No

   If "Yes," state the total amount. _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?     ☐ Yes     ☐ No

   If "Yes," describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

I declare under penalty of perjury that the above information is true and correct.

_____          _____
Date                                           Signature of Applicant

**NOTICE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

BIRMINGHAM AL 352

10 AUG 2007 PM 5 L

"THIS CORRESPONDENCE IS FORWARDED FROM AN ALABAMA STATE
... AND THE
... ... ... ... ... ... ... ... ... ... ... ... BLE FOR
THE ... ... OR CONTENT OF THE ENCLOSED COMMUNICATION."

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
_Middle_ DIVISION

Charles Hicks #246241

_____

Plaintiff(s)

v.

Alexander City Community House
P.O. Drawer, Alexander City, AL 35011, et al.
Vaden Glenn Newton

Defendant(s)

RECEIVED
2007 AUG 13 A 9:14

3:07-CV-724-WKW

## MOTION TO PROCEED IN FORMA PAUPERIS

Plaintiff(s) Charles Hicks #246241

moves this Honorable Court for an order allowing her/him to proceed in this case without prepayment of fees, costs, or security therefor, and for grounds therefor submits the attached sworn affidavit in support of the motion.

X Charles Hicks #246241
Plaintiff(s) signature

SCANNED
LR 8/13/07

2

4. Do you have **any** cash or checking or savings accounts?    ☐ Yes    ☒ No

   If "Yes," state the total amount.    N/A

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?    ☐ Yes    ☒ No

   If "Yes," describe the property and state its value.

   N/A

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

   N/A

I declare under penalty of perjury that the above information is true and correct.

N/A

X  8-18-07         X  Charles Hicks    #246241
   Date                Signature of Applicant

**NOTICE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.