IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| CHARLES HICKS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  Case No. 3:07-cv-0726-WKW |
| | ) |
| ALEXANDER CITY COMMUNITY | ) |
| BASED FACILITY, *et al.*, | ) |
| | ) |
| Defendants. | ) |

**ORDER**

On August 17, 2007, the Magistrate Judge filed a Recommendation (Doc. # 4) in this case to which no timely objections were filed. Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is ORDERED that:

1. The Recommendation (Doc. # 4) is ADOPTED;

2. Plaintiff's 42 U.S.C. § 1983 action is DISMISSED prior to service of process in accordance with 28 U.S.C. § 1915(e)(2)(B)(i);

3. This case is DISMISSED WITH PREJUDICE.

An appropriate judgment will be entered.

Done this 24th day of September 2007.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE